FIRST NOTE
PRIMER PAGARE

COMMONWEALTH OF PUERTO RICO                FHA CASE NO.   501-8040965-951
ESTADO LIBRE ASOCIADO DE PUERTO RICO       CASO FHA NUM.  501-8040965-951


MAY 29, 2010.
29 DE MAYO  DE 2010.


5J-20 CALLE PARQUE BORINQUEN, URB. VILLA FONTANA (BO. SABANA ABAJO),
CAROLINA, PUERTO RICO 00983
(Property Address)
(Dirección de la Propiedad)

1.   "Borrower" means each person signing at the end of this Note.--
1.   "Deudor Hipotecario" significa cada persona que firma al final-

"Lender" means FIRST SECURITY MORTGAGE INC., and its successors and-----
de este pagaré. "Acreedor Hipotecario" significa FIRST SECURITY MORTGAGE

assigns. -------------------------------------------------------------------
INC., y sus sucesores y cesionarios. --------------------------------------

2.   In  return  for  amounts  to be advanced by Lender to or for the
2.   A cambio de cantidades que el Acreedor Hipotecario adelantará al

the benefit of Borrower under the terms of a  Loan  Agreement  dated-----
Deudor Hipotecario o para su beneficio bajo los términos del Contrato de

MAY 29, 2010, Borrower promises  to  pay  to  the order of  Lender  a----
Préstamo de fecha  29 DE MAYO DE 2010,  el Deudor se obliga a pagar a ---

principal amount equal to the sum of all Loan Advances made under the Loan
la orden del Acreedor Hipotecario una cantidad principal equivalente a --

Agreement  with  interests until a maximum principal amount of-----------
las sumas de todos los adelantos desembolsados bajo el Contrato de ------

TWO HUNDRED TWENTY THREE THOUSAND FIVE HUNDRED DOLLARS (U.S.$223,500.00).
Préstamo con intereses hasta una cantidad principal máxima de------------

----------------------------------------------------------------------------
DOSCIENTOS VEINTITRES MIL QUINIENTOS DOLARES------- (U.S.$223,500.00).----

---Interest will be charged on unpaid principal at  the rate of  SIX------
---Se  cargará intereses sobre  el principal adeudado a razón del  SEIS--

---------- PERCENT------------------- ( 6-------%)  per year until the full--
-------- POR CIENTO ----------- ( 6-----%) anual hasta  que la totalidad

amount of principal has been paid. Accrued interest shall be added to the
del principal se haya pagado. El  interés acumulado se sumará al balance

principal balance  as a Loan Advance at the end of each month.------------
principal  como un adelanto en préstamo al final de cada mes.------------

3.   Borrower's  promise to  pay  is  secured by  the  pledge of a--
3.   La obligación del Deudor Hipotecario está garantizada por un ---

mortgage note, that is dated the same date as this Note and called the----
pagaré hipotecario entregado en prenda, de la misma fecha de este pagaré-

"FIRST MORTGAGE NOTE". That First Mortgage Note protects the Lender from
y denominado el "PRIMER PAGARE HIPOTECARIO". Este Primer Pagaré --------

1

losses  which might result if Borrower defaults under this Note.----------
Hipotecario protege al Acreedor Hipotecario de pérdidas que pudieran-----

surgir si el Deudor incumple con los términos de este Pagaré.------------

    4.   **MANNER OF PAYMENT**-------------------------------------------------
    4.   **FORMA DE PAGO**----------------------------------------------------

        **(A) Time**-------------------------------------------------------
        **(A) Momento del pago**--------------------------------------------

Borrower  shall  pay  all  outstanding   principal and accrued interest to
El Deudor Hipotecario pagará al Acreedor Hipotecario la totalidad  del --

Lender upon  receipt of  a notice by Lender requiring immediate payment---
principal e intereses acumulados al recibo de una notificación del ------

in full, as provided in Paragraph 6 of this Note. If on ------------------
Acreedor requiriendo el pago total inmediato, según establece el Párrafo

**JUNE FIRST TWO THOUSAND EIGHTY FOUR (2084).** I still owe -----------------
6 de este Pagaré. *Si a* _PRIMERO DE JUNIO DE DOS MIL OCHENTA Y CUATRO (2084)_----

amounts under this Note, I will pay those amounts in full on that date,--
*aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su*------------

which is called the "Maturity Date".-------------------------------------
*totalidad en esa fecha, la cual se llamará "Fecha de Vencimiento".*--------

        **(B) Place**------------------------------------------------------
        **(B) Lugar**------------------------------------------------------

Payment shall be made at **San Juan, Puerto Rico**, or any such other---
El pago se efectuará en **San Juan, Puerto Rico**, o cualquier otro-----

place as Lender may designate in writing by notice ----------------------
lugar que el Acreedor Hipotecario designe mediante notificación por -----

to Borrower.------------------------------------------------------------
escrito al Deudor.------------------------------------------------------

        **(C)  Limitation  of  Liability**----------------------------------
        **(C)  Límite de Responsabilidad**---------------------------------

Borrower shall have no personal liability for payment of this ------
El Deudor Hipotecario no responderá personalmente del pago de este--

Note. Lender shall enforce the debt only through sale of the ------------
Pagaré. El Acreedor Hipotecario sólo cobrará la deuda mediante la venta--

Property covered by the First Mortgage. If the First Mortgage is----------
de la Propiedad cubierta por la Primera Hipoteca. Si la Primera Hipoteca-

assigned to the Secretary, the Borrower shall not be liable for ----------
fuera cedida al Secretario, el Deudor Hipotecario no será responsable de-

any difference between the mortgage insurance benefits paid to-----------
diferencia alguna entre los beneficios de seguro de hipoteca de la deuda,

Lender and the outstanding indebtness, including accrued interest,--------
de hipoteca pagados al Acreedor y el balance pendiente de la deuda,------

owed by Borrower at the time of assignment.------------------------------
incluyendo el interés acumulado adeudado por el Deudor al momento de la·cesión.-

2

losses which might result if Borrower defaults under this Note.----------
Hipotecario protege al Acreedor Hipotecario de pérdidas que pudieran-----

surgir si el Deudor incumple con los términos de este Pagaré.------------

   4.   MANNER OF PAYMENT--------------------------------------------------
   4.   FORMA DE PAGO-------------------------------------------------------

      (A) Time-------------------------------------------------------------
      (A) Momento del pago-------------------------------------------------

Borrower shall pay all outstanding principal and accrued interest to
El Deudor Hipotecario pagará al Acreedor Hipotecario la totalidad del --

Lender upon receipt of a notice by Lender requiring immediate payment---
principal e intereses acumulados al recibo de una notificación del ------

in full, as provided in Paragraph 6 of this Note. If on ------------------
Acreedor requiriendo el pago total inmediato, según establece el Párrafo

**JUNE FIRST TWO THOUSAND EIGHTY FOUR (2084).** I still owe ------------------
6 de este Pagaré. *Si a PRIMERO DE JUNIO DE DOS MIL OCHENTA Y CUATRO (2084)----*

amounts under this Note, I will pay those amounts in full on that date,--
*aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su-------------*

which is called the "Maturity Date".-------------------------------------
*totalidad en esa fecha, la cual se llamará "Fecha de Vencimiento".--------*

      (B) Place------------------------------------------------------------
      (B) Lugar------------------------------------------------------------

   Payment shall be made at **San Juan, Puerto Rico**, or any such other---
   El pago se efectuará en **San Juan, Puerto Rico**, o cualquier otro-----

place as Lender may designate in writing by notice ----------------------
lugar que el Acreedor Hipotecario designe mediante notificación por -----

to Borrower.------------------------------------------------------------
escrito al Deudor.------------------------------------------------------

      (C) Limitation of Liability----------------------------------------
      (C) Límite de Responsabilidad--------------------------------------

   Borrower shall have no personal liability for payment of this ------
   El Deudor Hipotecario no responderá personalmente del pago de este--

Note. Lender shall enforce the debt only through sale of the -------------
Pagaré. El Acreedor Hipotecario sólo cobrará la deuda mediante la venta--

Property covered by the First Mortgage. If the First Mortgage is----------
de la Propiedad cubierta por la Primera Hipoteca. Si la Primera Hipoteca-

assigned to the Secretary, the Borrower shall not be liable for ----------
fuera cedida al Secretario, el Deudor Hipotecario no será responsable de-

any difference between the mortgage insurance benefits paid to-----------
diferencia alguna entre los beneficios de seguro de hipoteca de la deuda,

Lender and the outstanding indebtness, including accrued interest,-------
de hipoteca pagados al Acreedor y el balance pendiente de la deuda,------

owed by Borrower at the time of assignment.------------------------------
incluyendo el interés acumulado adeudado por el Deudor al momento de la cesión.-

2

5.  BORROWER'S RIGHT TO PREPAY-----------------------------------
5.  DERECHO DEL DEUDOR HIPOTECARIO AL PREPAGO---------------------

A  Borrower  receiving   monthly  payments  under  the  Loan------
El Deudor Hipotecario que reciba pagos mensuales bajo el Contrato de

Agreement  has  the  right to pay the debt evidenced by this Note, in ----
Préstamo tiene derecho a pagar la deuda que este Pagaré evidencia, total-

whole or in part without charge or penalty.-----------------------------
o parcialmente, sin cargos ni penalidades.------------------------------

Any  amount  of  debt  prepaid  will first be applied to reduce the ------
Cualquier cantidad adeudada que sea prepagada se aplicará primero a la reducción

principal  balance of the Second Note described in Paragraph 10 of this---
del balance del principal del Segundo Pagaré descrito en el Párrafo 10 de este

Note  and  then  to reduce the  principal balance of this Note.----------
Pagaré y luego a la reducción del balance del principal de este pagaré. -------

6.    IMMEDIATE PAYMENT IN FULL----------------------------------------
6.    PAGO TOTAL INMEDIATO------------------------------------------

(A)  Death or Sale-------------------------------------------------
(A)  Muerte o Venta------------------------------------------------

Lender  may  require  immediate  payment  in  full  of  all------
El Acreedor Hipotecario podrá requerir el pago inmediato  del-------

outstanding principal and accrued interest if:-------------------------
total del principal adeudado e intereses acumulados si:----------------

(i)  A Borrower dies and the Property is not the principal residence
(i)  Un Deudor Hipotecario fallece y la Propiedad no es la residencia

of at least one surviving Borrower, or-----------------------
principal  de  por lo menos otro Deudor superviviente, o-------

(ii) All of a Borrower's title in the Property (or his or her ------
(ii) El título del Deudor sobre la Propiedad (o su interés como-----

beneficial interest in a trust owning all or part of the ------
beneficiario de un fideicomiso que posea total o parcialmente -

Property) is sold  or otherwise transferred and no other ------
la  Propiedad) es vendido o de otra forma traspasado y ningún--

Borrower  retains  title  to the Property in fee simple or ----
otro Deudor retiene el título en pleno dominio sobre la -------

retains a leasehold under a lease for less than ninety nine ---
Propiedad o retiene un arrendamiento por un término menor a----

(99)  years  which  is renewable or a lease having a remaining
noventa y nueve (99) años, el cual sea renovable, o un arrendamiento

period of not less than fifty (50) years beyond the date of the
cuyo término para concluir no es menor de cincuenta (50) años y

one hundredth (100th) birthday of the youngest Borrower or-----
sobrepasa la fecha del cumpleaños número cien (100) del Deudor

retains a life estate (or retaining a beneficial interest-----
más joven o retiene un derecho vitalicio (o un interés como -

3

in  a trust with such an interest in the Property).-----------
beneficiario de un Fideicomiso con el mismo interés en la Propiedad).

(B)   Other   Grounds--------------------------------------------------
(B)   Otras Causas----------------------------------------------------

Lender    may    require    immediate    payment    in    full·    of    all-----
El Acreedor Hipotecario podrá requerir el pago inmediato del total -

outstanding   principal   and   accrued   interest,   upon   approval   by   an------
principal adeudado e intereses acumulados, previa autorización de un-----

authorized representative of the Secretary, if:--------------------------
representante autorizado del Secretario, si:----------------------------

(i)    The Property ceases to be the principal residence of a Borrower
       La Propiedad deja de ser la residencia principal de un  Deudor

       for reasons other than death and the Property is,not the------
       Hipotecario por causas distintas a su fallecimiento y la------

       principal residence of at least one other Borrower;-----------
       Propiedad no es la residencia principal de al menos otro Deudor; ---

(ii)   For a period of longer than 12 consecutive months, a Borrower--
       El Deudor Hipotecario deja de ocupar físicamente la Propiedad--

       fails to physically occupy the Property because  of  physical -
       por un período consecutivo mayor de 12 meses a causa de -------

       or  mental illness and the Property is not the principal-------
       enfermedad física o mental y la residencia  principal----------

       residence of at least one other Borrower, or--------------------
       Propiedad  no  es  de al menos otro Deudor, o-----------------

(iii)  An  obligation  of  the  Borrower  under the First Mortgage --
       El Deudor Hipotecario deja de cumplir alguna obligación bajo--

       is not performed.-------------------------------------------------
       la Primera Hipoteca.----------------------------------------------

(C)   PAYMENT OF COSTS AND EXPENSES-----------------------------------
(C)   PAGO DE COSTOS Y GASTOS----------------------------------------

If   Lender   has   required   immediate   payment   in   full,   as--------
Si el Acreedor Hipotecario ha exigido el pago total inmediato,------

described  above, the debt enforced through sale of the Property may ----
según antes descrito, la deuda ejecutada mediante la venta de la --------

include costs   and expenses including reasonable and customary------
Propiedad podrá incluir el pago de costos y gastos incluyendo honorarios-

attorney's   fees   for   enforcing   this   Note.   Such    fees    and------
razonables de abogados por el cobro forzado de la deuda evidenciada por--

costs  shall  bear interest from the date of  disbursement at the---------
este Pagaré. Dichos honorarios y costos devengarán intereses desde la----

the same rate as the principal of this Note.----------------------------
fecha de desembolso a la misma tasa que el principal de este Pagaré.-----

7.   WAIVERS-------------------------------------------------------------
7.   RENUNCIAS-----------------------------------------------------------

in a trust with such an interest in the Property).----------
beneficiario de un Fideicomiso con el mismo interés en la Propiedad).

**(B)** Other Grounds----------------------------------------------
**(B)** Otras Causas-----------------------------------------------

Lender may require immediate payment in full of all-----
El Acreedor Hipotecario podrá requerir el pago inmediato del total -

outstanding principal and accrued interest, upon approval by an------
principal adeudado e intereses acumulados, previa autorización de un-----

authorized representative of the Secretary, if:-------------------------
representante autorizado del Secretario, si:-----------------------------

   **(i)** The Property ceases to be the principal residence of a Borrower
        La Propiedad deja de ser la residencia principal de un Deudor

        for reasons other than death and the Property is not the------
        Hipotecario por causas distintas a su fallecimiento y la------

        principal residence of at least one other Borrower;-----------
        Propiedad no es la residencia principal de al menos otro Deudor; ---

   **(ii)** For a period of longer than 12 consecutive months, a Borrower--
        El Deudor Hipotecario deja de ocupar físicamente la Propiedad--

        fails to physically occupy the Property because of physical -
        por un período consecutivo mayor de 12 meses a causa de -------

        or mental illness and the Property is not the principal-------
        enfermedad física o mental y la residencia principal----------

        residence of at least one other Borrower, or-------------------
        Propiedad no es de al menos otro Deudor, o--------------------

   **(iii)** An obligation of the Borrower under the First Mortgage --
        El Deudor Hipotecario deja de cumplir alguna obligación bajo--

            is not performed.---------------------------------------------
            la Primera Hipoteca.------------------------------------------

   **(C)** **PAYMENT OF COSTS AND EXPENSES**----------------------------------
   **(C)** **PAGO DE COSTOS Y GASTOS**-----------------------------------------

If Lender has required immediate payment in full, as--------
Si el Acreedor Hipotecario ha exigido el pago total inmediato,------

described above, the debt enforced through sale of the Property may ----
según antes descrito, la deuda ejecutada mediante la venta de la --------

include costs and expenses including reasonable and customary------
Propiedad podrá incluir el pago de costos y gastos incluyendo honorarios-

attorney's fees for enforcing this Note. Such fees and-------
razonables de abogados por el cobro forzado de la deuda evidenciada por--

costs shall bear interest from the date of disbursement at the---------
este Pagaré. Dichos honorarios y costos devengarán intereses desde la----

the same rate as the principal of this Note.----------------------------
fecha de desembolso a la misma tasa que el principal de este Pagaré.-----

   **7.** **WAIVERS**-------------------------------------------------------
   **7.** **RENUNCIAS**-----------------------------------------------------

Borrower waives the right of presentment and notice of ------
El Deudor Hipotecario renuncia al derecho de presentación y aviso -

dishonor. "Presentment" means the right to require Lender to demand--
rechazo."Presentación" significa el derecho a requerir del Acreedor que -

payment of amount due. "Notice of dishonor" means the right to require--
exija el pago de las cantidades adeudadas y vencidas. "Aviso de rechazo"

Lender to give notice to other persons that amounts due have -------
significa el derecho a requerir del Acreedor que notifique a otras ------

not been paid.----------------------------------------------------------
personas que las cantidades vencidas no han sido pagadas.----------------

    8.    GIVING OF NOTICE--------------------------------------------------
    8.    NOTIFICACIONES---------------------------------------------------

Unless applicable law requires a different method, any --
Excepto cuando el derecho aplicable requiera un método diferente,--

notice that must be given to Borrower under this Note will--
cualquier notificación que deba efectuarse al Deudor Hipotecario bajo---

be given by delivering it or by mailing it by first class------
este Pagaré se efectuará mediante entrega personal o envío por correo----

mail to Borrower at the property address above or at a ----------
primera clase al Deudor Hipotecario a la dirección de la Propiedad antes-

different address if Borrower has given the Lender a notice----------
antes indicada o a una dirección diferente si el Deudor Hipotecario ha --

of Borrower's different address.-----------------------------------------
notificado al Acreedor Hipotecario una dirección diferente.-------------

Any notice that must be given to Lender-----
Cualquier notificación que deba efectuarse al Acreedor Hipotecario--

under this Note will be given by first class mail---------
bajo este Pagaré se efectuará por correo primera clase al Acreedor-------

to the Lender at the address stated in Paragraph 4 (B) or---------
Hipotecario a la dirección indicada en el Párrafo 4 (B) o una-------

at a different address if Borrower is given a notice-------
dirección diferente si se ha notificado al Deudor Hipotecario---------

of that different address.-----------------------------------------------
dicha dirección diferente.-----------------------------------------------

    9.    OBLIGATION OF PERSONS UNDER THIS NOTE---------------------------
    9.    OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARE-------------------

If more than one person signs this Note, each person is-----
Si más de un a persona firma este Pagaré, cada persona esta-------

fully obligated to keep all of the promises made in this-------------
totalmente obligada al cumplimiento de las obligaciones contenidas-------

Note. Lender may enforce its rights under this Note only through---------
en este Pagaré. El Acreedor Hipotecario podrá hacer valer sus derechos--

sale of the Property.----------------------------------------------------
bajo este Pagaré solo mediante venta de la Propiedad.--------------------

10. RELATIONSHIP TO SECOND NOTE------------------------------------
10. RELACION CON EL SEGUNDO PAGARE---------------------------------

(A) **Second Note.** Because  Borrower  will be required to repay-----
(A) **Segundo Pagaré.** Dado que al Deudor Hipotecario le será requerido

amounts which the Secretary may make to or on behalf of Borrower---------
pagar al Secretario las cantidades que éste pueda desembolsar al o-------

pursuant to Section 255(i)(a) of the National Housing Act and the--------
a beneficio  del Deudor conforme a la Sección 255(i)(a) de la "National--

Loan  Agreement,  the  Secretary  has  required  Borrower  to  grant a
Housing Act" y el Contrato de Préstamo, el Secretario ha exigido al------

Second Note to the Secretary.------------------------------------------
Deudor Hipotecario que otorgue un Segundo Pagare a su favor.------------

(B)  Relationship of  Secretary  Payments  to  this Note.---------
(B)  Relación de los Pagos el Secretario con este Pagaré.-----------

Payments made by the Secretary shall not be included in the debt----------
Los pagos  hechos por el Secretario no serán incluidos en la deuda--------

due under this Note unless:--------------------------------------------
bajo este Pagaré a menos que:------------------------------------------

(i). This Note is assigned to the Secretary; or----------------------
(i). Este Pagaré es cedido al Secretario; o--------------------------

(ii). The  Secretary accepts  reimbursement by Lender for all-----
(ii). El  Secretario  acepta que  el Acreedor reembolse  todo-------

payments made by the Secretary.---------------------------------
pago efectuado por el Secretario.-------------------------------

In  the circumstances described  in (i) or (ii) occur, then  all payments-
Si ocurren  las  circunstancias descritas en (i) o (ii), entonces todos -

by the Secretary, including interest on the payments, shall be------------
pagos efectuados por el Secretario, incluyendo intereses sobre los pagos,-

shall be included in the debt.----------------------------------------
serán incluidos en la deuda.------------------------------------------

(C)  **Effect on Borrower.** Where there is no assignment or reimbursement---
(C)  **Efecto sobre el Deudor.** Si  no tiene lugar la cesión el  desembolso

as described in (B)(i) or (ii) and the Secretary o makes payments to-----
descrito en (B)(i) o (ii) y el Secretario efectúa pagos al Deudor, ------

Borrower, then Borrower shall not:-------------------------------------
entonces al Deudor:----------------------------------------------------

(i). Be  required  to pay amounts owed under this Note until-----
(i). No le será requerido pagar las cantidades adeudadas bajo-------

the  Secretary  has  required  payment  in full of all---------
este Pagaré hasta que el Secretario exija el pago total--------

outstanding  principal  and  accrued interest under the-------
inmediato del principal pendiente e intereses acumulados bajo--

Second  Note  held  by  the  Secretary, notwithstanding--------
el  Segundo  Pagaré  en  posesión del Secretario, independiente

6

10. RELATIONSHIP TO SECOND NOTE-----------------------------------
10. RELACION CON EL SEGUNDO PAGARE----------------------------------

(A) **Second Note.** Because  Borrower   will be required to repay-----
(A) **Segundo Pagaré.** Dado que al Deudor Hipotecario le será requerido

amounts which the Secretary may make to or on behalf of Borrower---------
pagar al Secretario las cantidades que éste pueda desembolsar al o-------

pursuant to Section 255(i)(a) of the National Housing Act and the--------
a beneficio  del Deudor conforme a la Sección 255(i)(a) de la "National--

Loan Agreement, the   Secretary   has   required  Borrower  to  grant a
Housing Act" y el Contrato de Préstamo, el Secretario ha exigido al------

Second Note to the Secretary.--------------------------------------------
Deudor Hipotecario que otorgue un Segundo Pagare a su favor.-------------

(B)   Relationship of  Secretary  Payments  to  this Note.---------
(B)   **Relación de los Pagos el Secretario con este Pagaré.**-----------

Payments made by the Secretary shall not be included in the debt----------
Los pagos  hechos por el Secretario no serán incluidos en la deuda--------

due under this Note unless:---------------------------------------------
bajo este Pagaré a menos que:-------------------------------------------

(i). This Note is assigned to the Secretary; or---------------------
(i). Este Pagaré es cedido al Secretario; o------------------------

(ii). The   Secretary accepts  reimbursement by Lender for all-----
(ii). El  Secretario  acepta que  el Acreedor reembolse  todo-------

payments made by the Secretary.--------------------------------
pago efectuado por el Secretario.-----------------------------

In  the circumstances described  in (i) or (ii) occur, then  all payments-
Si ocurren  las  circunstancias descritas en (i) o (ii), entonces todos -

by the Secretary, including interest on the payments, shall be------------
pagos efectuados por el Secretario, incluyendo intereses sobre los pagos,-

shall be included in the debt.-------------------------------------------
serán incluidos en la deuda.--------------------------------------------

(C)   **Effect on Borrower.** Where there is no assignment or reimbursement---
(C)   **Efecto sobre el Deudor.** Si  no tiene lugar la cesión el  desembolso

as described in (B)(i) or (ii) and the Secretary o makes payments to-----
descrito en (B)(i) o (ii) y el Secretario efectúa pagos al Deudor, ------

Borrower, then Borrower shall not:--------------------------------------
entonces al Deudor:-----------------------------------------------------

(i). Be  required  to: pay amounts owed under this Note until-----
(i). No le será requerido pagar las cantidades adeudadas bajo-------

the  Secretary has  required  payment  in full of all---------
este Pagaré hasta que el Secretario exija el pago total--------

outstanding  principal  and  accrued interest under the--------
inmediato del principal pendiente e intereses acumulados bajo--

Second Note  held  by  the  Secretary, notwithstanding--------
el  Segundo  Pagaré  en  posesión del Secretario, independiente

6

anything to the contrary in Paragraph 6 of this Note; or--
de lo expresado en contrario en el Párrafo 6 de este Pagaré; o-

(ii). Be obligated to pay interest or shared appreciation-----
(ii). No será obligado a pagar intereses o valuacion conjunto ------

under this Note at any time, whether accrued before or after --
aumento en valor bajo el Pagaré en ningún momento, se hayan --

the payments by the Secretary, and whether or not accrued -----
acumulado antes o después de efectuar los pagos el Secretario,-

interest has been included in the principal balance of this--
y se hayan o no incluido los intereses en el balance de -------

Note, notwithstanding anything to the contrary in Paragraph 2--
principal de este Pagaré, independiente de lo expresado en contrario

of the Note or any allonge to this Note.-----------------------
en el Párrafo 2 de este Pagaré o en cualquier anejo a este Pagaré.---

**BY SIGNING BELOW,** Borrower accepts and agrees to the terms and--------
**AL FIRMAR ABAJO,** el Deudor Hipotecario, acepta y está conforme con los---

covenants contained in this Note.-----------------------------------------
términos y convenios contenidos en este Pagaré.---------------------------

In San Juan, Puerto Rico, this of **MAY 29, 2010.**---------------------
En San Juan, Puerto Rico, a **29 DE MAYO DE 2010.**---------------------


_____          _____
LUIS JUAN MONTES QUEVEDO                   SOCORRO RODRÍGUEZ MESTEY A/K/A
                                           SOCORRO RODRIGUEZ
Borrower / Deudor                          Borrower / Deudor

5J-20 CALLE PARQUE BORINQUEN, URB. VILLA FONTANA
(BO. SABANA ABAJO)
CAROLINA, PUERTO RICO 00983
Property Address
Dirección de la Propiedad

Affidavit Number ___30,093___
Testimonio Número ___30,093___

Acknowledged and subscribed before me by **Luis Juan Montes Quevedo
and Socorro Rodríguez Mestey also known as Socorro Rodríguez,** of legal
ages, married to each other, property owners and residents of Carolina,
Puerto Rico, whom I attest personally known to me. ----------------------

Reconocido y suscrito ante mí por **Luis Juan Montes Quevedo y
Socorro Rodríguez Mestey también conocida como Socorro Rodríguez,** mayores
de edad, casados entre sí, propietarios y vecinos de Carolina, Puerto
Rico, a quienes Doy Fe de conocer personalmente.-------------------------

In San Juan, Puerto Rico, this of **MAY 29, 2010.**---------------
En San Juan, Puerto Rico, a **29 DE MAYO DE 2010.**---------------

PAY TO THE ORDER OF:
Urban Financial Group
WITHOUT RECOURSE
FIRST SECURITY MORTGAGE, INC.
BY:
JO-ANN ALINDATO

NOTARY PUBLIC
NOTARIO PUBLICO
(Signed, sealed and flourished)
(Firmado, sellado y rubricado)

7

# Allonge

| | |
|---|---|
| Loan Number: | **11538** |
| FHA Case Number: | **501-8040965-951** |
| Borrower Name(s): | **LUIS JUAN MONTES QUEVEDO and SOCORRO RODRIGUEZ MESTEY** |
| Property Address: | **5J-20 PARQUE BORINQUEN ST VILLA FONTANA DEV CAROLINA, Puerto Rico 00983** |
| Note/Loan Amount: | **$223,500.00** |
| Note/Loan Date: | **5/29/2010** |

*PAY TO THE ORDER OF:*

**Reverse Mortgage Solutions**

WITHOUT RECOURSE

| | |
|---|---|
| Company Name: | **Urban Financial Group** |
| Signature: | By |
| Name: | Bryan Hendershot |
| Title: | President |

Page 1 of 1

Allonge