---EXPEDI primera--- copia certificada a- petición de **FIRST SECURITY MORTGAGE---INC.**, en la misma fecha de su otorga- miento. **DOY FE.** ----

NOTARIO PÚBLICO

This is a true SIMPLE copy of the original and of the certified copy filed for reg...

NOTARY PUBLIC

FHA CASE NO. 501-8040965-951

---**NUMBER: ONE HUNDRED EIGHTEEN (118)**-------------
---*NÚMERO: CIENTO DIECIOCHO (118)*-----------------

----------------- **FIRST MORTGAGE** ----------------
----------------- *PRIMERA HIPOTECA* ----------------

---In the city of **San Juan**, Puerto Rico, this
---*En la Ciudad de San Juan, Puerto Rico, hoy día*
**TWENTY NINE (29)** day of MAY Two ----------------
**VEINTINUEVE (29)** *de MAYO de dos mil diez* --------

Thousand Ten (2010).------------------------------
*(2010).*------------------------------------------

--------------------**BEFORE ME**--------------------
--------------------*ANTE MI*------------------------

---**HECTOR L. TORRES VILA** ------, Notary Public in
---**HECTOR L. TORRES VILA** ------, *Notario Público y*

and for the Commonwealth of Puerto Rico, with
*para el Estado Libre Asociado de Puerto Rico, con*

residence in San Juan and offices in the City of
*residencia en San Juan y oficina en la Ciudad de*

San Juan, Puerto Rico,----------------------------
*San Juan, Puerto Rico,----------------------------*

---------------------**APPEAR**----------------------
--------------------*COMPARECEN*---------------------

---The parties mentioned in paragraphs nineth and
---*Las partes nombradas en los Párrafos noveno y*

tenth of this deed, hereinafter called the
*décimo de esta escritura, en adelante denominados*

"Borrower" and the "Lender", whose personal
*"Deudor Hipotecario" y "Acreedor Hipotecario"*

circumstances are set fourth in said paragraphs.
*Cuyas circunstancias personales se expresan en los*

--------------------------------------------------
*referidos párrafos.*-------------------------------

---------------------**I ATTEST** -------------------
---------------------*DOY FE*-----------------------

---I, The Notary, **GIVE FAITH**, that I personally -
--*Yo, el(la) Notario, DOY FE de que conozco*

know the parties appearing herein, and through
*personalmente a los comparecientes, y por sus dichos*

their statements, as to their ages, civil status,
*de sus edades, estado civil, ocupaciones y residencias--*

Reverse Mortgage – First Mortgage (Home Loan)      *(page 1 of 34 pages)*

occupations and residences, who assure me that they
quienes me aseguran tener y a mi juicio tienen, la

have, and in my judgment they do have, the legal
capacidad legal necesaria para otorgar esta escritura,

capacity to execute this deed, wherefore, they freely,
por lo que libremente,---------------------------

---------------STATE AND COVENANT---------------
---------------DECLARAN Y CONVIENEN---------------

---**FIRST:** That the Borrower is the owner of the
---**PRIMERO:** Que el Deudor Hipotecario es dueño de

property or properties described in Paragraph
la propiedad o propiedades descritas en el Párrafo

Fourth of this Deed, hereinafter called the
Cuarto de esta escritura, denominada en lo

"Property".---------------------------------
sucesivo la "Propiedad".-------------------------

---The Borrower is lawfully seized of the estate
---El Deudor Hipotecario está en posesión legal de

hereby conveyed and has the right to mortgage,
la propiedad aquí hipotecada y posee el derecho

grant and convey the Property and that the
de hipotecar y enajenar esta Propiedad, y que la

Property is unencumbered.-------------------------
Propiedad está libre de gravámenes.---------------

---Borrower warrants and will defend generally the
---El Deudor Hipotecario garantiza y protegerá el

title to the Property against all claims and
el título de la Propiedad de toda reclamación y

demands, subject to any encumbrances of record.---
demanda, sujeto a cualquier gravamen que surja del

--------------------------------------------------
Registro de la Propiedad.-------------------------

---**SECOND:** That to secure payment of a loan received
---**SEGUNDO:** Que para garantizar el pago de un

from Lender, under the terms of a Loan Agreement
préstamo recibido del Acreedor Hipotecario, bajo

dated the same date of this Mortgage (hereinafter
los términos de un Contrato de Préstamo otorgado

called the "Loan Agreement"), the Borrower as of
en la misma fecha de esta Hipoteca (denominado en

this date has subscribed and delivered in pledge
adelante el "Contrato de Préstamo"), el Deudor

to Lender a Mortgage Note (hereinafter the "Note")
Hipotecario ha suscrito un Pagaré y entregado en

in the principal amount of TWO HUNDRED TWENTY-----
prenda en esta fecha al Acreedor Hipotecario (en

THREE THOUSAND FIVE HUNDRED DOLLARS -------------
adelante el "Pagaré") por la suma principal de----

($223,500.00)-------------------------------------
DOSCIENTOS VEINTITRES MIL QUINIENTOS-------------

--------------------------------------------------
DOLARES ($223,500.00)-----------------------------

with interest at the rate of SIX -----------------
con intereses a razón del SEIS -------------------

PERCENT ( 6---- %) per annum until the total
POR CIENTO (6-----%) annual hasta el saldo total

satisfaction of the same, payable to FIRST -------
del mismo, pagadero a favor de FIRST SECURITY-----

SECURITY MORTGAGE INC.,--------- or its order, the
MORTGAGE INC.,---------- o a su orden, pagadero el

principal and interest being payable JUNE--------
principal e intereses el PRIMERO DE JUNIO-------

FIRST TWO THOUSAND EIGHTY FOUR (2084),------------
DE DOS MIL OCHENTA Y CUATRO (2084),--------------

authenticated by the authorizing Notary as per
autenticado por el(la) Notario(a) autorizante bajo

Affidavit Number  30,092---------.----------------
Testimonio Número   30,092-------.----------------

---THIRD: In order to guarantee the total and full
---TERCERO: Con el propósito de garantizar el pago

payment of the Note as well as each every one of
total de la deuda evidenciada por el Pagaré así

the conditions therein contained, and to further
como todas y cada una de las condiciones que

secure three (3) additional amounts of TWENTY ----
el mismo contiene, y para garantizar además tres

TWO THOUSAND TTHREE HUNDRED FIFTY DOLLARS---------
(3) sumas adicionales de VEINTIDOS MIL TRESCIENTOS

($22,350.00)--------------------------------------
CINCUENTA------- DOLARES ($22,350.00)-------------

each of which stipulated to cover (a) interest in
cada una que se fijan para cubrir (a) intereses en

addition to those secured by law; (b) the payment
exceso a los garantizados por ley; (b) la suma

of a liquidated amount which Borrower undertakes
que el Deudor Hipotecario se obliga a satisfacer

to pay without the prior requirement of
como suma líquida sin requerir la previa

liquidation and approval by the court to cover
liquidación y aprobación por el Tribunal para

--------------------------------------------------

costs, expenses and attorney's fees in the event
para costas, gastos y honorarios de abogados en el

that the holder of the Note has to proceed with
caso de que el tenedor del Pagaré tenga que instar

Mortgage    foreclosure    or    judicial    collection
acción    sobre    ejecución    de    hipoteca    o    acción

procedures; and (c) any other advances that may be
judicial   en   cobro   de   dinero;   y   (c)   cualesquiera

made   under   this   contract   in   addition   to   the
otros   adelantos   que   puedan   hacerse   bajo   de   este

amounts   stated   in   the   Note,   the   Borrower   by
contrato, además   de   las   cantidades   expresadas   en

these   presents   constitutes   a   **FIRST MORTGAGE**   over
el Pagaré, el   Deudor   Hipotecario   por   la   presente

the   Property   described   in   Paragraph   Fourth.----
constituye   **PRIMERA HIPOTECA**   sobre   la   propiedad

----------------------------------------------------
descrita   en   el   Párrafo   Cuarto.---------------------

---**FOURTH:** For this purpose, Borrower does hereby
---**CUARTO:** Para tales fines, el Deudor Hipotecario

constitutes   a   mortgage   on   the   Property   which   is
constituye   hipoteca   sobre   la   propiedad   que   se

described   as   follows:----------------------------
describe a continuación:----------------------------

---**URBANA:** Solar radicado en la Urbanización Villa
Fontana, situada en el Barrio Sabana Abajo del
término municipal de Carolina, Puerto Rico, que se
describe con el número, área y colindancias que se
relacionan    a    continuación:    número    del    solar:
veinte (20) de la Manzana cinco "J" (5J). Área del
Solar:    trescientos    metros    cuadrados    con    quince
centésimas    de    metro    cuadrado    (300.15m/c).    En
lindes por el NORTE, con el solar número veintiuno
(21), distancia de veintiún metro con setecientos
cincuenta    milésimas    de    metros    (21.750m);    por    el
SUR,    con    el    solar    número    diecinueve    (19),
distancia   de   veintiún   metros   con   setecientos
cincuenta   milésimas   de   metro   (21.750m);   por   el
ESTE,   con   los   solares   número   dieciséis   (16)   y
diecisiete   (17),   distancia   de   trece   metros   con
ochocientos milésimas de metros (13.800m);  y por
el OESTE, con la Calle número cinco guión dos (5-
2),   distancia   de   trece   metros   con   ochocientos
milésimas de metros (13.800m).--------------------

---En dicho solar enclava una vivienda de concreto
para una sola familia.----------------------------

---Inscrita al folio 128 vuelto del tomo 364 de
Carolina, finca número 13,863 (antes 28,494) del
Registro  de  la  Propiedad  de  Carolina,  Primera
Sección.------------------------------------------

---Por su procedencia dicha finca se encuentra
afecta a servidumbres a favor de la Autoridad de

Fuentes Fluviales de Puerto Rico, Autoridad de
Acueductos y Alcantarillados de Puerto Rico,
Puerto Rico Telephone Company, Condiciones
Restrictivas y servidumbre a favor de la finca
número 11,120, propiedad de Sabana Corporation.--

---Por sí hipoteca en garantía de pagaré a favor
de Commoloco, Inc., o a su orden, por la suma
principal de *SESENTA Y CINCO MIL DOLARES
($65,000.00),* con intereses al seis punto ocho
tres por ciento (6.83%), vencedero el veintitrés
(23) de febrero de dos mil veintiuno (2021), según
consta en la escritura número ochenta y uno (81),
otorgada en San Juan, el diecisiete (17) de
febrero de dos mil seis (2006), ante Sergio Ortíz
Atienza, inscrita al folio 83 del tomo 960 de
Carolina, finca número 13,863 del Registro de la
Propiedad de Carolina, Primera Sección.-----------

---PROPERTY ADDRESS: 5J-20 CALLE PARQUE BORINQUEN,
URB. VILLA FONTANA, BO. SABANA ABAJO, CAROLINA,
PUERTO RICO 00983-------------------------------

---DIRECCIÓN DE LA PROPIEDAD: 5J-20 CALLE PARQUE
BORINQUEN, URB. VILLA FONTANA, BO. SABANA ABAJO,
CAROLINA, PUERTO RICO 00983--------------------



--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------
--------------------------------------------------

---**TOGETHER WITH** all the improvements now or
---**CONJUNTAMENTE CON** toda mejora efectuada al

hereafter erected on the property, and all
presente o subsiguientemente en la propiedad, y

easements, rights, appurtenances, and all fixtures
todas las servidumbres, derechos y pertenencias a

now of hereafter part of the Property. All
su favor y todos los bienes muebles que

replacements and additions shall also be covered
actualmente o en el futuro formen parte de la

by this Mortgage. All of the foregoing is referred
propiedad. Todo reemplazo y anejo quedará cubierto

to in this Mortgage as the "Property".------------
por esta Hipoteca. A todo lo anterior se le

-----------------------------------------------------
denomina en esta escritura como la "Propiedad". -

----------------**UNIFORM COVENANTS**-----------------
----------------**CLAUSULAS UNIFORMES**----------------

---**FIFTH:** Borrower And Lender further covenant and
---**QUINTO:** El Deudor Hipotecario y el Acreedor

agree as follows:-----------------------------------
Hipotecario pactan y convienen además lo siguiente:

----1. <u>**Payment of Principal and Interest.**</u> Borrower
----1. <u>**Pago del Principal e Intereses.**</u> El Deudor

shall pay when due the principal and interest on
Hipotecario deberá pagar a su vencimiento el

the debt evidenced by the First Mortgage Note.---
el principal y los intereses sobre la deuda

-----------------------------------------------------
evidenciada por el Primer Pagaré Hipotecario.-----

----2. <u>**Payment of Property Charges.**</u> Borrower shall
----2.<u>**Pago de cargos sobre la Propiedad.**</u> El Deudor

pay all property charges consisting of taxes,
Hipotecario pagaré puntualmente todos los cargos

ground rents, flood and hazard insurance premiums,
sobre la propiedad consistentes de impuestos,

and special assessments, in a timely manner, and
arrendamientos, primas de seguros por inundación

shall provide evidence of payment to Lender,
y riesgo, e impuestos contributivos y presentará

unless lender pays property charges by withholding
evidencia de dichos pagos al Acreedor Hipotecario,

funds from monthly payments due to Borrower or by
a menos que el Acreedor Hipotecario pague los

charging such payments to a line of credit, as
cargos sobre la propiedad reteniendo dicho cargo

provided for in the Loan Agreement.---------------
de los pagos mensuales al Deudor Hipotecario o

-------------------------------------------------
cargándolo a una línea de crédito, según se ------

-------------------------------------------------
dispone en el Contrato de Préstamo.--------------

----3. **Fire, Flood and Other Hazard Insurance.**----
----3. **Seguros Contra Fuego, Inundaciones y Otros.**

Borrower shall insure all improvements on the
El Deudor Hipotecario asegurará las mejoras ahora

Property, whether now in existence or subsequently
existentes o subsiguientemente edificadas sobre la

erected, against any hazards, casualties and
Propiedad, contra riesgos pérdidas y contingencias,

contingencies, including fire.------------------
incluyendo fuego.--------------------------------

---This insurance shall be maintained in the
---Dicho seguro será mantenido por las cantidades,

amounts, to the extent and for the periods
por el límite y por los plazos que el Acreedor

required by Lender or the Secretary of Housing and
Hipotecario o el Secretario de la Vivienda y

Urban Development ("Secretary"). Borrower shall
Desarrollo Urbano ("Secretario") requieran. El

Also insure all improvements on the property
Deudor Hipotecario también asegurará las mejoras

whether now in existence or subsequently erected,
existentes en la Propiedad o edificadas ----------

against loss by floods to the extent required by
subsiguientemente, contra pérdidas por inundación

the Secretary. All insurance shall be carried with
hasta el límite que requiera el Secretario. Todo

companies approved \by Lender. The insurance
seguro será proporcionado por compañías aprobadas

policies and any renewals shall be held by Lender
por el Acreedor Hipotecario. Las pólizas de seguro

and shall incluye loss payable clauses in favor
y sus renovaciones serán retenidas por el Acreedor

of, and in a form aceptable to Lender.------------
Hipotecario e incluirán cláusulas por pérdidas a

-------------------------------------------------
favor de, y en forma aceptable al Acreedor

-------------------------------------------------
Hipotecario.-------------------------------------

---In the event of loss, Borrower shall give
---En caso de pérdida, el Deudor Hipotecario



Lender immediate notice  by mail.  Lender may make
notificará de inmediato y por  correo  al Acreedor

proof of loss if not made promptly by Borrower.---
Hipotecario.  El   Acreedor   Hipotecario   podrá

Each   insurance   company  concerned   is  hereby
reclamar  la  pérdida de no hacerlo prontamente el

authorized and directed to make payments for such
Deudor  Hipotecario.  Cada  aseguradora concernida

loss directly to Lender, instead of to Borrower
queda autorizada  y  se le ordena efectuar el pago

and to·Lender jointly.----------------------------
de   tales   pérdidas   directamente  al  Acreedor

--------------------------------------------------
Hipotecario ·en lugar de efectuarlo conjuntamente a

--------------------------------------------------
favor   del   Deudor  Hipotecario  y  el  Acreedor

--------------------------------------------------
Hipotecario.--------------------------------------

---Insurance   proceeds   shall   be   applied  to
---La  compensación  del seguro será aplicada a la

restoration  or repair of. the damaged Property, if
restauración   o   reparación .  de   la  Propiedad

the restoration or repair is economically feasible
afectada,  si  la  restauración o·la reparación es

and Lender's security is not  lessened. If  the
económicamente  viable  y  si   la  garantía   del

restoration  or  viable repair is·not economically
Acreedor  Hipotecario  no  se  menoscaba.  Si  la

feasible  or  Lender's security would be lessened,
restauración  o  reparación  no. es  económicamente

the insurance proceeds shall be applied first to
viable  o  si la garantía del Acreedor Hipotecario

the ¨reduction of any indebtness under a Second
quedará  menoscabasa,  la  compensación por seguro

Note and Second·Mortgage held by the Secretary on
se aplicará primero a reducir cualquier deuda bajo

the  Property  and  then  to  the reduction of. the
un  Segundo  Pagaré  y  Segunda  Hipoteca sobre la

indebtness  under  the  First  Mortgage  Note  and
Propiedad  a  favor  del  Secretario  y  luego  se

and  this  First  Mortgage.  Any  excess  insurance
aplicará  a  la  deuda   bajo  el  Primer   Pagaré

proceeds  over  an  amount  required  to  pay  all
Hipotecario y de esta Primera Hipoteca.  Cualquier

outstanding ·indebtness  under  the  First  Note  and
sobrante de los fondos provenientes del seguro que

this First Mortgage, shall be paid to the entity
exceda la cantidad requerida para el pago de toda

legally entitled thereto.------------------------
deuda pendiente bajo el Primer Pagaré y esta

-------------------------------------------------
Primera hipoteca se pagará a la entidad con

-------------------------------------------------
derecho al pago.---------------------------------

---In the event of foreclosure of this Mortgage
---En caso de ejecución de esta Hipoteca o de

or other transfer of title to the Property that
cualquier otro traspaso del título sobre la

extinguishes the indebtedness, all right, title
Propiedad que extinga la deuda, todo derecho,

and interest of Borrower in and to insurance
título e interés del Deudor Hipotecario en y a las

policies in force shall pass to the
pólizas de seguro vigentes pasarán al comprador.--

purchaser.---------------------------------------
-------------------------------------------------



---4. **Occupancy, Preservation, Maintenance and**
---4. **Ocupación, Conservación, Mantenimiento y**

**Protection of the Property; Borrower's Loan**
**Protección de la Propiedad; Solicitud de Préstamo**

**Application; Leaseholds.** Borrower shall occupy,
**del Deudor Hipotecario; Arrendamientos.** El Deudor

establish and use the Property as Borrower's
Hipotecario ocupará, establecerá y usará la

principal residence after the execution of this
Propiedad como su residencia principal luego de

Mortgage and Borrower (or at least one Borrower,
otorgar esta Hipoteca y el Deudor Hipotecario

if initially more than one person are Borrowers)
(o al menos un Deudor Hipotecario si en su inicio

shall continue to occupy the Property as
más de una persona son Deudores Hipotecarios)

Borrower's principal residence for the term of the
continuará ocupando la Propiedad como su

Mortgage. "Principal residence" shall have the
residencia principal durante el término de la

same meaning as in the Loan Agreement.------------
Hipoteca. "Residencia Principal" tendrá el mismo

-------------------------------------------------
significado que en el Contrato de Préstamo.-------

---Borrower shall not commit waste or destroy,
---El Deudor Hipotecario no causará menoscabo ni



damage or substantially change the Property to
destruirá, dañará ni alterará sustancialmente la

deteriorate, reasonable wear and tear excepted.---
la propiedad ni permitirá que la Propiedad se

deteriore, excepto por el uso y desgaste normal.--

---Borrower shall also be in default if Borrower
---El Deudor Hipotecario también incurrirá en

during the loan application process gave
incumplimiento si durante el proceso de solicitar

materially false or inaccurate information or
el préstamo divulgó al Acreedor Hipotecario

statements to Lender (or failed to provide Lender
información o declaraciones materialmente falsas o

with any material information) in connection with
inexactas (o dejó de proveer al Acreedor

the Loan evidenced by the Note, including, but not
Hipotecario información pertinente o necesaria) en

limited to, representations concerning Borrower's
relación con el préstamo evidenciado por el pagaré,

occupancy of the Property as a principal
incluyendo, pero no limitado a representaciones

residence.------------------------------------------
relacionadas con la ocupación de la Propiedad como

su residencia principal.--------------------------

---If this Mortgage is on a Leasehold, Borrower
---Si esta Hipoteca recae sobre un derecho de

shall comply with the provisions of the lease.
arrendamiento, el Deudor Hipotecario cumplirá con

If Borrower acquires fee title to the Property,
los términos del arrendamiento. Si el Deudor

the leasehold and the fee title shall not be
Hipotecario adquiere título en pleno dominio sobre

merged unless Lender agrees to the merger in
la propiedad, el derecho de arrendamiento y el

writing.----------------------------------------
título en pleno dominio no se consolidarán a menos

que el Acreedor hipotecario consienta por escrito.

---5.  **Charges to Borrower and Protection of**
---5.  **Cargos al Deudor Hipotecario y Protección**

**Lender's Rights in the Property.** Borrower shall
**de los Derechos del Acreedor Hipotecario Sobre la**

pay all governmental or municipal charges,
**Propiedad**.  El Deudor Hipotecario pagaré todo

fines and impositions that are not included in
cargo, penalidad o impuesto gubernamental o

Paragraph Two (2). Borrower shall pay these
Municipal que no esté incluido en el Párrafo Dos

obligations on time directly to the entity to
(2). El Deudor Hipotecario pagará puntualmente

which the payment is owed. If failure to pay would
dichas obligaciones directamente a la entidad a

adversely affect Lender's interest in the
la cual se adeude dicho Pago. Si la falta de pago

Property, upon Lender's request, Borrower shall
afectase adversamente el interés del Acreedor

promptly furnish to Lender receipts evidencing
Hipotecario en la Propiedad, el Deudor

these payments.----------------------------------
Hipotecario, a petición del Acreedor Hipotecario,

-------------------------------------------------
suministrará prontamente los recibos que

-------------------------------------------------
evidencien dichos pagos.-------------------------

---Borrower shall promptly discharge any lien
---El Deudor Hipotecario cancelará prontamente

which has priority over this First Mortgage in the
cualquier gravamen preferente a esta Hipoteca

manner provided in Paragraph Twelve(c) (12(c)).
del modo dispuesto en el Párrafo doce(c) (12(c)).

---If Borrower fails to make these payments or the
---Si el Deudor Hipotecario incumpliere con dichos

property charges required Paragraph Two (2), or
pagos o con el pago por cargo sobre la propiedad

fails to perform any other covenants and
consignados en el Párrafo Dos (2), o incumpliere

agreements contained in this Mortgage, or
con algún otro pacto o acuerdo comprendido en esta

there is a legal proceeding that may
Hipoteca, o si existiera un procedimiento legal

significantly effect Lender's rights in the
que pudiera afectar significativamente los

Property (such as a proceeding in bankruptcy,
derechos del Acreedor Hipotecario sobre la

for condemnation or to enforce laws or
Propiedad (tal como procedimientos de quiebra,

Regulations), then Lender may do and pay whatever
expropiación o para obligar al cumplimiento de

is necessary to protect the value of the Property
leyes o reglamentos), entonces el Acreedor



and Lender's rights in the Property, including
Hipotecario podrá hacer y pagar lo necesario para

payment of taxes, hazard insurance and other
proteger el valor de la Propiedad, así como sus

items mentioned in Paragraph Two (2).--------------
derechos sobre la misma, incluyendo el pago de

-----------------------------------------------------
impuestos, seguro consta riesgos y otros renglones

-----------------------------------------------------
mencionados en el Párrafo Dos (2).----------------

---To protect Lender's security in the Property,
---Para proteger la garantía del Acreedor

Lender shall advance and charge to Borrower all
Hipotecario sobre la Propiedad, el Acreedor

Amounts due to the Secretary for the Mortgage
Hipotecario adelantará y cargará al Deudor

Insurance Premium as defined in the Agreement, as
Hipotecario aquellas cantidades adeudadas al

well as all sums due to the Loan Servicer for
Secretario por la Prima de Seguro Hipotecario,

servicing activities as defined in the Loan
según definido en el Contrato de Préstamo, así

Agreement.-------------------------------------------
como aquellas sumas adeudadas al Proveedor de

-----------------------------------------------------
servicios Hipotecarios por servicios prestados,

-----------------------------------------------------
según definido en el Contrato de Préstamo.--------

---Any amounts disbursed by Lender under this
---Cualesquiera cantidades desembolsadas por el

Paragraph shall become an additional debt of
Acreedor Hipotecario bajo este párrafo se

Borrower as provided for in the Loan Agreement
convertirán en una deuda adicional del Deudor

and shall be secured by this Mortgage. These
Hipotecario, según se dispone en el Contrato de

amounts shall bear interest from the date of
Préstamo, y estarán aseguradas por esta Hipoteca.

disbursement, at the Note's rate.-------------
Dichas cantidades devengarán intereses a la tasa

-----------------------------------------------------
del Pagaré desde la fecha de desembolso.----------

---6. **Inspection.** Lender or its agent may
---6. **Inspección.** El Acreedor Hipotecario o su

enter on, inspect or make appraisals of the--
agente podrá penetrar, inspeccionar o hacer

Property in a reasonable manner and at reasonable
tasaciones de la Propiedad de manera y durante

times provided that Lender shall give notice prior
horas razonables disponiéndose que el Acreedor

to any inspection or appraisal specifying a
Hipotecario dará previa notificación al Deudor

purpose for the inspection or appraisal which must
Hipotecario de cualquier inspección o tasación

be related to Lender's interest in the Property.—
expresando su propósito, el cual deberá estar

------------------------------------------------
relacionado con el interés del Acreedor

------------------------------------------------
Hipotecario de la Propiedad.----------------------

---If the property is vacant or abandoned or the
---Si la Propiedad está desocupada o abandanada

loan is in default, Lender may take reasonable
o se ha incumplido con el préstamo, el Acreedor

action to protect and preserve such vacant or
Hipotecario podrá tomar medidas razonables para

abandoned Property without notice to the Borrower.
para proteger y preservar la Propiedad desocupada

------------------------------------------------
o abandonada sin requerir que se notifique al

------------------------------------------------
Deudor Hipotecario.-------------------------------

---7.  **Condemnation.**  The proceeds of any award or
---7.  **Expropiación.**  El producto de cualquier

claim for damages, direct or consequential, in
laudo o reclamación por daños, directos,

connection with any condemnation or other taking
emergentes o resultants, relacionados a cualquier

of any part of the property, or for conveyance in
expropiación forzosa, o incautación parcial o por

place of condemnation shall be paid to Lender.
razón de traspaso de la Propiedad en lugar de la

------------------------------------------------
expropiación serán pagados al Acreedor Hipotecario.

---The proceeds shall be applied first to the
---Dichos fondos se aplicarán primero a la

reduction of any indebtness under a Second Note
reducción de cualquier deuda bajo un Segundo Pagaré

and Second Mortgage held by the Secretary on the
y la Segunda Hipoteca sobre la Propiedad a favor

Property, and then to the reduction of the
del Secretario, y luego a la reducción de la deuda



indebtness under the First Note and this Mortgage.
bajo el Primer Pagaré y esta Hipoteca.------------

---Any excess proceeds over the amount required to
---Cualquier sobrante de fondos que exceda de la

pay all outstanding indebtness under the First
cantidad necesaria para pagar el balance de la

Note and this Mortgage shall be paid to the entity
deuda bajo este Pagaré y esta hipoteca se pagará a

legally entitled thereto.------------------------
la entidad con derecho a recibirlo.---------------

---8. **Fees.** Lender may collect fees and charges
---8. **Honorarios.** El Acreedor Hipotecario podrá cobrar

authorized by the Secretary.----------------------
los honorarios y cargos autorizados por el Secretario.

---9. <u>Grounds for Acceleration:</u>-------------------
---9. <u>Causas para la Aceleración:</u>-----------------

------(a) **Events of Default:** All grounds for
------(a) **Causas de Incumplimiento:** Las causas

acceleration and events of default contained in
para la aceleración o de incumplimiento contenidas

any of the Loan Documents (as defined in the Loan
en cualquiera de los Documentos de Préstamo (según

Agreement) shall be deemed incorporated and made
se definen en el Contrato de Préstamo) se considerarán

part of this Mortgage..---------------------------
incorporadas y forman parte de esta Hipoteca. ----

------(b) **Notice to Lender.** Borrower shall notify
------(b) **Notificación al Acreedor.** El Deudor

Lender whenever any of the events of default
notificará al Acreedor Hipotecario siempre que ocurra

contained in any of the Loan Documents as
cualquiera de las causas de incumplimiento contempladas en

incorporated and made part of this Mortgage
cualquiera de los Documentos de Préstamo, según incorporadas

by Paragraph Nine(a) (9(a)) occurr.---------------
por referencia al Párrafo Nueve(a) (9(a)) de esta Hipoteca.

------(c) **Notice to Secreatry and Borrower.** Lender
------(c) **Notificación al Secretario y al Deudor.** El

shall notify the Secretary and Borrower whenever
Acreedor Hipotecario notificará al Secretario y al

the loan becomes due and payable under Paragraph
Deudor Hipotecario siempre que el préstamo esté

Nine(a) (9(a)) of this Mortgage. Lender shall not
vencido y exigible bajo el Párrafo Nueve(a) (9(a))

have the right to commence foreclosure until
de esta Hipoteca. El Acreedor Hipotecario no tendrá

Borrower has had thirty (30) days after a notice
derecho a iniciar procedimiento de ejecución hasta

to either:-----------------------------------------
que el Deudor hipotecario haya tenido treinta (30)

---------------------------------------------------
días a contra desde la notificación para:---------

------(i) Correct the matter wich resulted in the
------(i) Corregir la causa que provocó el

First Mortgage comming due and payable; or-------
vencimiento o aceleración de la Primera Hipoteca; o

------(ii) Pay the balance in full; or------------
------(ii) Pagar el balance total; o-------------

------(iii) Sell the Property for the lesser of
------(iii) Vender la Propiedad por la cantidad que

the balance or ninety-five percent (95%) of the
resulte menor entre el balance o el noventa y cinco

appraised value and apply the net proceeds of the
porciento (95%) del valor de tasación y abonar el

sale toward the balance; or ----------------------
el producto neto de la venta al balance; o--------

------(iv) Provide the Lender with a deed in lieu
------(iv) Proveer al Acreedor Hipotecario una garantía

of foreclosure.-----------------------------------
de la misma clase en sustitución de la ejecución. ----

------(d) **Trusts.** Conveyance of a Borrower's
------(d) **Fideicomisos.** La transmisión del interés

interest in the Property to a trust which meets
del Deudor Hipotecario en la Propiedad a un

the requirements of the Secretary, or conveyance
fideicomiso que cumpla con los requisitos del

of a trust's interest in the Property to a
Secretario, o la transmisión al Deudor Hipotecario de

Borrower, shall not be considered a conveyance
un interés en fideicomiso sobre la Propiedad, no

for purposes of this Paragraph Nine (9). A trust
sera considerada traspaso para los propósitos de

shall not be considered an occupant or be
de este Párrafo Nueve (9). Un fideicomiso no será

considered as having a principal residence for
considerado ocupante o poseedor de una residencia

purpose of this Paragraph Nine (9).--------------
principal para los propósitos de este Párrafo Nueve (9).

------(e) **Mortgage Not Insured.** Borrower agrees
------(e) **Hipoteca no asegurada.** El Deudor ----

that should this First Mortgage and the First Note
Hipotecario acuerda que si esta hipoteca y el



secured  hereby  not  be  eligible  for  insurance
Pagaré  que garantiza no fueran elegibles para ser

under the National Housing Act within ninety (90)
asegurados bajo la Ley Nacional de Vivienda dentro

days  from  the  date  hereof,  Lender  may,  at  its
de noventa  (90)  días  a partir de esta fecha, el

option,  require  immediate  payment  in  full  of  all
Acreedor Hipotecario podrá, a su discreción,  requerir

sums secured by this  First  Mortgage.  A  written
el pago total inmediato de todas las sumas  garantizadas

statement of any authorized agent of the Secretary
por  esta  Hipoteca.  La  declaración  por  escrito  de

dated subsequent to ninety (90) days from the date
cualquier agente autorizado del Secretario fechada con

hereof declining to insure this First Mortgage and
posterioridad a los noventa (90) días desde esta fecha,

the  First  Note,  shall  be  deemed  conclusive  proof
negándose a asegurar esta Hipoteca y al Primer Pagaré,

of  such  ineligibility.  Notwithstanding  the
se considerará  prueba  concluyente de ineligibilidad.

foregoing,  this  option  may  not  be  exercised  by
No obstante lo anterior, esta opción no podrá ser

Lender  when  the  unavailability  of  insurance  is
ejercitada por el Acreedor  Hipotecario  cuanto la

solely due to Lender's failure to remit a Mortgage
no disponibilidad del seguro se deba únicamente al

Insurance Premium to the Secretary.---------------
al incumplimiento del Acreedor Hipotecario con su deber

-----------------------------------------------------
de remitir la Prima de Seguro Hipotecario al Secretario.---

------10. **No Deficiency Judgments.** Borrower shall
------10. **Dictámenes de Deficiancia.**   El   Deudor

have no personal liability for payment of the debt
Hipotecario no tendrá responsabilidad personal por

secured by this First Mortgage. Lender may enforce
el pago  de  la deuda garantizada por esta Primera

the  debt  only  through  sale  of  the  Property.
Hipoteca.   El  Acreedor  Hipotecario  solo podrá

Lender  shall  not  be  permitted  to  obtain  a
obligar al cumplimiento de la obligación mediante

deficiency  judgment  against  Borrower  if  the
la venta de la Propiedad.  No se permitirá al Acreedor

Property is foreclosed.---------------------------
Hipotecario obtener dictamen por deficiencia si la

-----------------------------------------------------
Propiedad es ejecutada.---------------------------

-----------------------------------------------------

---If this First Mortgage is assigned to the
---Si esta Hipoteca es cedida al Secretario a

Secretary upon demand by the Secreatry, Borrower
a petición de éste, el Deudor Hipotecario no será

shall not be liable for any difference between the
responsible por diferencia alguna que surja entre

Mortgage insurance benefits paid to Lender and the
los beneficios del seguro hipotecario pagados al

outstanding indebtness, inclunding accrued interest,
Acreedor Hipotecario y la deuda pendiente,

owed by Borrower at the time of the assignment.—
incluyendo intereses acumulados, adeudados por el

------------------------------------------------
Deudor al momento de la cesión.------------------

------11. **Reinstatement.** Borrower has a right to
------11. **Reintalación.** El Deudor Hipotecario



to be reinstated if Lender has required immediate
tiene derecho a ser reinstalado si el Acreedor Hipotecario

payment in full. This right applies even after
ha exigido el pago total inmediato. Este derecho

foreclosure proceedings are instituted. To reinstate
aplica aún después de iniciados los procedimientos de

this Mortgage, Borrower shall correct the condition
ejecución. Para reinstalar esta Hipoteca, el Deudor

which resulted in the requirement for immediate
Hipotecario corregirá las causas que propiciaron que

payment in full.--------------------------------
el Acreedor Hipotecario exigiera el pago total inmediato.

---Foreclosure cost and reasonable and customary -
---Los gastos de ejecución y honorarios de abogados

attorney's fees and expenses properly associated
razonables y acostumbrados y los costos relacionados

with the foreclosure proceeding shall be added to
al procedimiento de ejecución se sumarán al balance

the principal balance. Upon reinstatement by Borrower,
del principal. Al reinstalarse al Deudor Hipotecario,

this Mortgage and the obligations that it secures
esta Hipoteca y las obligaciones que ésta garantiza se

shall remain in effect as if Lender had not
mantendrán en efecto como si el Acreedor Hipotecario

required immediate payment in full. However,
no hubiera exigido el pago total inmediato. Sin embargo,

Lender is not required to permit reinstatement if:
el Acreedor Hipotecario no está obligado a permitir la

------------------------------------------------
--reinstalación si:-----------------------------

------(i) Lender has accepted reinstatement after
------(i) El Acreedor Hipotecario ha aceptado la

the commencement of foreclosure proceedings within
reinstalación luego de iniciar un proceso de ejecución

two (2) years immediately preceding the commencement
dentro de los dos (2) años inmediatamente anteriores

of a current foreclosure proceeding;--------------
al inicio del procedimiento de ejecución en curso;

------(ii) reinstatement will preclude foreclosure
------(ii) la reinstalación evitará la futura

on different grounds in the future; or------------
ejecución por distintas causas; o-----------------

------(iii) reinstatement will adversely affect
------(iii) la reintalación afectará adversamente

the priority of the Mortgage.--------------------
la prioridad del gravamen hipotecario.------------

---**12. Lien Status.**------------------------------
---**12. Posición del Gravámen.** --------------------

------(a) Modification. Borrower agrees to extend
------(a) Modificación. El Deudor Hipotecario

this First Mortgage with accordance of this
acuerda extender esta Primera Hipoteca de conformidad

Paragraph Twelve (a) (12(a)). If Lender determines
a este Párrafo Doce(a) (12(a)). Si el Acreedor

that the original lien status of the First
Hipotecario determina que la posición original del

Mortgage is jeopardized under state law (including
gravamen de la Primera Hipoteca está en riesgo al

but not limited to situations where the amount
amparo de la ley estatal (incluyendo sin limitación

secured by the First Mortgage equals or exceeds
las situaciones en las que la cantidad asegurada por la

the maximum principal amount stated or the
Hipoteca es igual o excede la cantidad máxima de

maximum period under which loan advances retain
principal establecida o ha expirado el término máximo

the same lien priority initially granted to loan
bajo el cual se otorgó inicialmente la misma prioridad

advances has expired) and state law permits the
de grávamen a los adelantos en préstamo) y la ley

original lien status to be maintained for future
estatal permite mantener la posición original del

loan advances through the execution and recordation
gravámen para futuros adelantos en préstamo mediante

of one or more documents, then Lender shall obtain
el otorgamiento e inscripción de uno o más documentos,

title evidence at Borrower's expense.-------------
entonces el Acreedor Hipotecario obtendrá estudio de

---------------------------------------------------
título con cargo al Deudor.---------------------------

---If the title evidence indicates that the
---Si el estudio de título demuestra que la Propiedad

Property is not encumbered by any liens (except
no está afectada por otros gravámenes (excepto por

this First Mortgage, the Second Mortgage described
esta Primera Hipoteca, la Segunda Hipoteca descrita

in Paragraph Thirteen(a) (13(a)) and any
en el Párrafo Trece(a) (13(a)) y cualquier gravamen

subordinate liens that Lender determines will also
subordinado que el Acreedor Hipotecario determine que

be subordinated to any future loan advances),
estará también subordinado a cualquier futuro adelanto

Lender shall request the Borrower to execute any
en préstamo), el Acreedor Hipotecario solicitará al

document necessary to protect the lien status
Deudor Hipotecario que otorgue cualquier documento

of future loan advances. Borrower agrees to execute
necesario para proteger el rango del gravámen de futuros

such documents. If state laws does not permit the
adelantos en préstamo. El Deudor Hipotecario acuerda

original lien status to be extended to future loan
otorgar tales documentos. Si la ley estatal no permite

advances, Borrower will be deemed to have failed
que se extienda la posición del gravámen a futuros

to have performed an obligation under this First
adelantos en préstamo, se entenderá que el Deudor

Mortgage.------------------------------
Hipotecario ha incumplido con una obligación bajo esta

---------------------------------------------------
Primera Hipoteca.--------------------------------

------(b) **Tax Deferral Programs.** Borrower shall
------(b) **Programas de Contribución Diferidas.** El

not participate in a real estate tax deferral
Deudor Hipotecario no participará del programa de

program, if any liens created by the tax deferral
contribuciones diferidas sobre la propiedad, si no se

are not subordinated to this First Mortgage.------
subordina a esta Hipoteca cualquier gravámen creado

---------------------------------------------------
por el diferido de la contribuciones.----------------

------(c) **Prior Liens.** Borrower shall properly
------(c) **Gravámenes Previos.** El Deudor Hipotecario

discharge any lien which has priority over this
cancelará cualquier gravámen con prioridad sobre esta

Mortgage unless Borrower: (a) agrees in writing to
Hipoteca a menos que el Deudor Hipotecario: (a) acuerde

the payment of the obligation secured by the lien
por escrito el pago de la obligación garantizada por

in a manner acceptable to Lender; (b) contest in
el gravámen de una forma aceptable al Acreedor Hipotecario;-

in good faith the lien by, or defends against
(b) impugne de buena fe el gravámen, o se defienda

enforcement of the lien in legal proceeding which
de su ejecución, mediante procedimientos legales que

in the Lender's opinion operate to prevent the
en opinión del Acreedor Hipotecario evitan la ejecución

enforcement of the lien or forfeiture of any part
del gravámen o la expropiación de cualquier parte de

of the Property; or (c) secures from the holder of
de la propiedad; o (c) obtiene garantías del tenedor

the lien an agreement satisfactory to Lender
del gravamen, mediante acuerdo satisfactorio para el

subordinating the lien to all amounts secured by
Acreedor Hipotecario, subordinando el gravamen a

by this Mortgage. If Lender determinates that any
todas las cantidades garantizadas por esta Hipoteca.

part of the Property is subject to a lien which
Si el Acreedor Hipotecario determina que cualquier

may attain priority over this Mortgage, Lender
parte de la Propiedad está sujeta a un gravámen con

may give Borrower a notice identifying the lien.
Prioridad sobre esta Hipoteca, el Acreedor Hipotecario

Borrower shall satisfy the lien or take on more
podrá notificar al Deudor Hipotecario sobre la existencia

of the actions set forth above within ten (10)
del gravámen. El Deudor Hipotecario pagaré el gravámen o

days of the giving of the notice.----------------
tomará las acciones antes expresadas en el término de

--------------------------------------------------
diez (10) días desde la notificación.----------------

---13. Relationship to Second Mortgage: ----------
---13. Relación con la Segunda Hipoteca:----------

------(a) Second Mortgage. In order to secure ----
------(a) Segunda Hipoteca. Para asegurar pagos que

payments which the Secretary may make to or on
el Secretario pueda hacer a o en beneficio del Deudor

behalf of Borrower purseant to Section two hundred
hipotecario conforme a la Sección doscientos cincuenta

fifty-five(i)(A)(255(i)(A)) of the "National
y cinco(i)(A)(255(i)(A)) de la "National Housing Act"

Housing Act" and the Loan Agreement, the Secretary
y el Contrato de Préstamo, el Secretario ha exigido al

has required Borrower to execute a Second Note and
Deudor Hipotecario que otorgue un Segundo Pagaré y una

Second Mortgage on the Property.------------------
Segunda hipoteca sobre la propiedad.--------------

------(b) Relationship of First and Second Mortgage.-
------(b) Relación entra la Primera y Segunda Hipoteca.-

payments made by the Secretary shall not be
pagos efectuados por el Secretario no serán incluidos

included in the debt under the Note secured by
en la deuda bajo este Pagaré que garantiza esta Hipoteca a

this Mortgage unless: (i) this Mortgage is
menos que: (i) esta hipoteca sea cedida al

assigned to the Secretary; or (ii) the Secretary
Secretario; o (ii) el Secretario acepte que el

accepts reimbursement by the Lender for all
Acreedor Hipotecario reembolse todo pago efectuado por

payments made by the Secretary.------------------
el Secretario.------------------------------------

---If the circumstance described in (i) or (ii)
---Si ocurren las circunstancias descritas en (i) o (ii)

occur, then all payments by the Secretary,
entonces cualquier pago efectuado por el Secretario,

including interest on the payments, but excluding
incluyendo intereses sobre dichos pagos, pero excluyendo

late charges paid by the Secretary, shall be
cargos por mora pagados por éste, serán incluidos

included in the debt under the First Note.--------
en la deuda bajo el Primer Pagaré.----------------

------(c) Effect on Borrower. Where there is no --
------(c) Efecto en el Deudor Hipotecario. Si no

assignment or disbursement as described in (b)(i)
ocurre la cesión o el desembolso descrito en (b)(i) o

or (ii) and the Secretary makes payments to Borrower,
(ii) y el Secretario efectúa los pagos al Deudor Hipotecario,

then Borrower shall not (i) be required to pay
entonces al Deudor (i) no le será requerido pagar al

amounts owed under the Note, or pay any rents and
Acreedor Hipotecario o al Administrador de la Propiedad

revenues of the Property under Paragraph Nineteen
las cantidades adeudadas bajo el Pagaré, o pagar

(19) to Lender or receiver of the Property, until
rentas e impuestos sobre la Propiedad bajo el párrafo

the Secretary has required payment in full of all
Diecinueve (19), hasta que el Secretario haya requerido el

outstanding principal and accrued interest under
pago total del balance de principal pendiente y los

the Second Note held by the Secretary and secured
intereses acumulados bajo el Segundo Pagaré en posesión

by the Second Mortgage; or (ii) be obligated to
del Secretario y garantizado por le Segunda Hipoteca;

to pay interest or shared appreciation under the
o (ii) no será obligado a pagar interés o aumento en

Note at any time, whether accrued before or after
valor conjunto bajo el Pagaré en ningún momento, se

the payments by the Secretary, and whether or not
hayan acumulado antes o después de que el Secretario

accrued interest has been included in the principal
efectuará los pagos, y se hayan o no incluido los

balance under the Note.-----------------------------
intereses acumulados en el balance del principal bajo

---------------------------------------------------------
el Pagaré.-------------------------------------------------

------(d)  No Duty of the Secretary. The Secretary
------(d)  No hay obligación del Secretario. El

has no duty to Lender to enforce covenants of the
Secretario no está obligado con el Acreedor Hipotecario

Second Mortgage or to take actions to ------
a hacer cumplir los acuerdos de la Segunda Hipoteca o

preserve the value of the Property, even though
tomar medidas para preservar el valor de la Propiedad,

Lender may be unable to collect amounts owed under
aún cuando el Acreedor Hipotecario esté imposibilitado

the Note because of restrictions in this Paragraph
de cobrar las cantidades adeudadas bajo el Pagaré a

Thirteen (13).--------------------------------------
causa de las restricciones de este Párrafo Trece (13).--

---14. Forbearance by Lender Not a Waiver. Any ---
---14. Indulgencia de Morosidad del Acreedor Hipotecario

forbearance by Lender in exercising any right or
no Constituye Renuncia. Cualquier indulgencia concedida

remedy shall not be a waiver of or preclude the
por el Acreedor Hipotecario en el ejercicio de cualquier

exercise of any right or remedy.--------------------
derecho o remedio no constituirá renuncia a, ni ------

---------------------------------------------------------
impedirá el ejercicio de, cualquier derecho o remedio.

---15. Successors and Assigns Bound; Joint and ---
---15. Secesores y Cesionarios Obligados; -----------

Several Liability. The covenants and agreements of
Responsabilidad Solidaria. Los pactos y convenios de

this Mortgage shall bind and benefit the
de esta Hipoteca obligarán y beneficiarán a los

successors and assigns of Lender.------------------
sucesores y cesionarios del Acreedor Hipotecario.-----

---Borrower may not assign my rights or obligation
---El Deudor Hipotecario no podrá ceder derecho u

under this Mortgage or under the Note, except to a
obligación alguna bajo esta hipoteca o bajo el Pagaré,

trust that meets the requirements of the Secretary.
excepto a un fideicomiso que cumpla con los requisitos

Borrower's covenants and agreements shall be joint
del Secretario.  Los pactos y convenios hechos por el

and several.------------------------------------------
Deudor Hipotecario serán mancomunados y solidarios.

---16. **Notices.**  Any notice  to  Borrower provided
---16. **Notificaciones.**  Cualquier  notificación  al -

for in this Mortgage shall be given delivering it
Deudor Hipotecario contemplada en esta Hipoteca se

or by mailing it by First Class Mail unless
hará mediante  entrega personal o por envío por correo

aplicable law requires the use of another method.
primera clase, salvo que la ley aplicable requiera el

The notice  shall be  directed  to the Property
uso de otro método. La notificación será dirigida a la

Address or any other address all Borrowers jointly
dirección de la Propiedad o a cualquier otra dirección

designate. Any notice to Lender shall be given by
que los Deudores Hipotecarios designen conjuntamente.

First Class Mail to Lender's address stated herein
Cualquier  notificación al Acreedor Hipotecario  será

or any other address lender designates by notice
enviada por correo primera clase a la dirección del

to Borrower. Any notice provided for in this
Acreedor Hipotecario aquí consignada o a cualquier

Mortgage shall be deemed to have beeb given to
otra que el Acreedor Hipotecario designe mediante

Borrower or Lender when given as provided in this
notificación al Deudor  Hipotecario.  Cualquier

paragraph.--------------------------------------------
notificación contemplada en esta Hipoteca se ----

------------------------------------------------------
considerará hecha al Deudor o al Acreedor Hipotecario

------------------------------------------------------
cuando se haga conforme a lo dispuesto en este párrafo.-

---17. **Governing Law; Severability.** This Mortgage
---17. **Leyes Aplicables; Separabilidad.** Esta Hipoteca

shall be governed by Federal  Law  and the laws of
se regirá por la Ley Federal y las leyes del Estado

the Commonwealth of Puerto Rico. In the event
Libre Asociado de Puerto Rico. En la eventualidad de

that any provision or clause of this Mortgage or
que cualquier disposición o cláusula de esta Hipoteca

the Note conflicts with applicable law, such
o del Pagaré conflija con el derecho aplicable, tal

conflict shall not affect other provisions of this
conflicto no afectará las demás disposiciones de esta

Mortgage or the Note which can be given effect
Hipoteca o del Pagaré que puedan mantenerse en vigor

without the conflicting provision. To this end
prescindiendo de la disposición conflictiva. Para tales

provisions of this Mortgage and the Note are
propósitos las disposiciones de esta Hipoteca son

declared to be severable.--------------------------
declaradas separables.------------------------------

---18. **Borrower's Copy.** Borrower shall be given
---18. **Copia del Deudor Hipotecario.** Se entregará al

one (1) conformed copy of the First Mortgage Note
Deudor hipotecario una (1) copia simple del Primer

and this First Mortgage.------------------------
Pagaré Hipotecario y de esta escritura de Primera Hipoteca.

---19. **Assignment of Rents.** Borrower unconditionally
---19. **Cesión de las Rentas.** El Deudor Hipotecario

assigns and transfers to Lender all the rents and
cede y traspasa incondicionalmente al Acreedor Hipotecario

revenues of the Property.  Borrower authorizes
todas las rentas y créditos de la Propiedad. El Deudor

Lender or Lender's agents to collect the rents and
Hipotecario autoriza al Acreedor Hipotecario o a sus

revenues and hereby directs each tenant of the
agentes a cobrar renta y créditos y por la presente

Property to pay the rents to Lender or Lender's
instruye a cada inquilino de la Propiedad a pagar las

agents. However, prior to Lender's notice to
rentas al Acreedor Hipotecario o a sus agentes. No

Borrower of Borrower's breach of any covenant or
obstante, previo al aviso del Acreedor Hipotecario al

agreement in the Mortgage, Borrower shall collect
Deudor Hipotecario sobre su incumplimiento con

and receive all rents and revenues of the Property
cualquier convenio o acuerdo de la Hipoteca, el Deudor

as a trustee for the benefit of lender and
Hipotecario cobrará y recibirá todas las rentas y

Borrower.  This assignment of rents constitutes an
créditos de la Propiedad como fiduciario para beneficio

absolute assignment and not an assignment for
del Acreedor y del Deudor Hipotecario. Esta cesión de

additional security only.------------------------
rentas constituye una cesión total y no únicamente una

----------------------------------------------------
como garantía adicional.------------------------

---If lender gives notice of breach to Borrower: -
---Si el Acreedor Hipotecario notifica incumplimiento

(a) all rents received by Borrower shall be held
al Deudor Hipotecario  (a) todas las rentas que reciba

by  Borrower as a  trustee  for the  benefit  of
el Deudor Hipotecario deberá retenerlas en calidad  de

Lender only, to be applied to the sums secured by
fiduciario  para  beneficio del  Acreedor  Hipotecario

this  Mortgage; (b)  Lender  shall  be entitled to
para ser acreditadas a las sumas garantizadas por esta

collect  and  receive  all  of  the  rents  of  the
Hipoteca;  (b)  el  Acreedor  Hipotecario podrá cobrar

Property;  and  (c)  each  tenant of the Property
y recibir todas las rentas de la Propiedad; y (c) cada

shall pay all rents due and unpaid to Lender or
inquilino de la Propiedad pagará al Acreedor Hipotecario

Lender's agent on Lender's written  demand to the
o a sus agentes todas las rentas vencidas y  adeudadas



tenant.-------------------------------------------
con sólo mediar requerimiento escrito a esos efectos.-

---Borrower has not executed any prior assignment
---El Deudor Hipotecario no ha otorgado ninguna cesión

of rents and has not and will not perform any act
de rentas previas y no ha ejecutado ni ejecutará actos

that would prevent Lender  from  exercising its
que impidan al  Acreedor  Hipotecario ejercitar sus derechos

rights under this Paragraph Nineteen (19).--------
bajo este Párrafo Diecinueve (19).-------------------

---Lender  shall  not  be required to enter upon,
---Al Acreedor Hipotecario no se le requerirá que entre,

take control of, or maintain the Property before
tome control o dé  mantenimiento a la Propiedad, antes

or after giving notice of breach to Borrower.---
ni después  de notificar el incumplimiento  al  Deudor

However, Lender or a judicially appointed receiver
Hipotecario. No obstante, el Acreedor Hipotecario o un

may do so at any time there is a breach.----------
administrador  judicial  podrá hacerlo  en  cualquier

-------------------------------------------------
momento que medie incumplimiento.-----------------

---Any  application  of  rents  shall not cure or
---Cualquier  aplicación  de  rentas  no subsanará  ni

waive any default or invalidate any other right
condonará incumplimiento alguno, ni invalidará cualquier

or remedy of Lender.------------------------------
derecho o remedio del Acreedor Hipotecario.-----------

---This assignment of rents of the Property shall
---Esta  cesión  de  rentas  sobre la Propiedad cesará

terminate when the debt secured by this Mortgage -
cuando  la deuda  garantizada por  esta  Hipoteca sea

is paid in full.----------------------------------
pagada en su totalidad.---------------------------

---20. <u>Foreclosure Procedure.</u>   If   Lender requires
---20. <u>Procedimiento de Ejecución.</u>   Si   el   Acreedor

immediate payment in full under Paragraph Nine (9),
Hipotecario   exige el pago total inmediato bajo el   Párrafo

Lender may invoke the power of sale and may other
Nueve (9),   podrá   invocar el   poder de venta y cualesquiera

remedies permitted by aplicable law.--------------
otros remedios concedidos por las leyes aplicables.---

---Lender shall be entitled to collect all expenses
---El Acreedor Hipotecario tendrá derecho a cobrar todos

incurred in pursing the remedies provided in this
los gastos  incurridos en la consecución de los remedios

Paragraph Twenty (20), including, but not limited
provistos en este Párrafo Veinte (20), incluyendo, sin

to, reasonable attorney's fees and cost of title
implicar limitación, honorarios razonables de abogados

evidence.------------------------------------------
y las costas.--------------------------------------

---If  Lender  invokes the power of sale,  Lender
---Si el  Acreedor  Hipotecario ejercita  su poder de

shall  give  notice  of  sale  to Borrower in the
venta, deberá dar aviso de venta al Deudor Hipotecario

manner provided in Paragraph Sixteen (16). Lender
según  se  dispone en el  Párrafo  Dieciséis (16).  El

shall publish and post the notice of sale and the
Acreedor Hipotecario publicará el aviso de venta, y se

Property shall be sold in the maner prescribed
venderá la propiedad según se contempla en la ley

by aplicable law.----------------------------------
aplicable.-----------------------------------------

---Lender or its designee  may  purchase the
---El Acreedor  Hipotecario o su representante  podrá

Property at any sale. The proceeds of the sale
comprar la Propiedad en cualquier venta.  El  producto

shall be applied in the following order:  (a) to
de la venta será aplicado  en el  siguiente orden:  a

all expenses of the sale, including  but  not
todos los gastos de la venta, incluyendo, sin implicar

limited to, reasonable attorney's fees; (b) to
limitación, honorarios razonables de abogado; (b) a

all sums secured by this Mortgage; (c) any excess
todas las sumas garantizadas por esta Hipoteca;(c) cualquier

to the person or persons legally entitled to it.--
sobrante a la persona o personas con derecho al mismo.

---21. <u>Lien Priority.</u> The full amount secured by -
---21. <u>Proridad del Gravámen.</u>  La  cantidad total

this Mortgage shall have the same priority over
garantizada  por esta  Hipoteca  tendrá el mismo rango

any other liens on the Property as if the full
sobre cualquier otro gravámen sobre la Propiedad como

amount has been disbursed on the date the initial
si la cantidad total se hubiera desembolsado en la

disbursement was made, regardless the actual date
fecha en que se efectuó el desembolso inicial,

of any disbursement. The amount secured by this
independiente de la fecha actual del desembolso. La

Mortgage shall incluye all direct payments by
cantidad garantizada por esta Hipoteca incluirá todos

Lender to Borrower and all other Loan Advances
los pagos directos del Acreedor Hipotecario al Deudor

Permitted by this Mortgage for any purpose. This
Hipotecario y cualquier otro adelanto en préstamo

lien priority shall apply notwithstanding any
permitido por esta Hipoteca para cualquier propósito.

State constitution, law or regulation, except that
Esta prioridad del gravámen aplicará aún ante cualquier

this lien prioroty shall not effect the priority
constitución, ley o reglamento estatal, salvo que esta

of any lien for the Unites States or local
prioridad del gravámen no afectará el rango de

government unit, special assessments or taxes.----
cualquier gravámen a favor de los Estados Unidos de América

----------------------------------------------------
o de los impuestos a favor del gobierno o por contribuciones.

---22. **Condominium Covenants.** If the Property is a
---22. **Acuerdos Sobre Propiedad Horizontal.** Si la

condominium unit the following clause shall apply,
Propiedad es una unidad sometida al Régimen de Propiedad

and any conflicting provision in this Mortgage
Horizontal, aplicará la siguiente cláusula y cualquier

shall be superseded:-----------------------------
disposición conflictive de esta Hipoteca quedará sin efecto:--

------A. As long as the Owner's Association of the
------A. Mientras el Consejo de Titulares del

condominium maintains with a generally accepted
Condominio (la "Junta") mantenga una póliza maestra

insurance carrier a "master" or "blanket" policy
con un asegurador generalmente aceptado, asegurando

insuring all property subject to the condominium
toda la propiedad sujeta a los documentos del Régimen

documents, including all improvements now existing
de Propiedad Horizontal, incluyendo todas las mejoras

or hereafter erected on the Property and such
existentes o que se erijan posteriormente sobre la

policy is satisfactory to Lender and provides
Propiedad y esa póliza sea satisfactoria para el



insurance coverage in the amounts, for the periods,
Acreedor Hipotecario y provea cubierta de seguro en

and against all hazards Lender requires, including
las cantidades, por los plazos, y contra todos los

fire and other hazards included within the term
riesgos que exija el Acreedor Hipotecario, incluyendo

"extended coverage" and loss by flood to the
fuego y otros riesgos comprendidos en el término "cubierta

extent required by the Secretary, then: (i) Lender
extendida", y pérdida por inundaciones por el límite

waives the provision in Paragraph Two (2) of this
requerido por el Secretario, entonces: (i) el Acreedor

Mortgage of one-twelfth (1/12) of the yearly
Hipotecario renuncia a la disposición del Párrafo Dos

premium installment for hazard insurance on the
(2) de esta hipoteca sobre el pago anual de una doceava

Property, and (ii) Borrower's obligation under
(1/12) parte de la prima de seguro contra riesgos sobre

Paragraph Three (3) to maintain hazard insurance
la Propiedad, y (ii) la obligación del Deudor Hipotecario

coverage on the Property is deemed satisfied to
bajo el Párrafo Tres (3) de mantener cubierta de seguro

the extent that the required coverage is provided
contra riesgos sobre la Propiedad se entiende satisfecha

by the Owner's Association policy.----------------
siempre que el límite de cubierta requerido sea provisto

---------------------------------------------------
por la póliza de la Junta.----------------------------

---Borrower shall give Lender prompt notice of any
---El Deudor Hipotecario dará aviso inmediato al Acreedor

lapse in required hazard insurance coverage and
Hipotecario de cualquier interrupción en la cubierta

any loss occurring from a hazard. In the event of
de seguro requerida contra riesgos y de cualquier pérdida

distribution of hazard insurance proceeds in lieu
causada por riesgo. En caso de optar distribuir el producto

of the restoration or repair following a loss to
del seguro contra riesgos en lugar de la restauración

the Property, whether to the condominium unit or
o reparación luego de sufrir pérdidas en la Propiedad,

to the common elements, any proceeds payable to
ya sea en la unidad o en los elementos comunes, cualquier

the Borrower are hereby assigned and shall be paid
suma pagadera al Deudor Hipotecario queda por la

to Lender for application to the sums secured by
presente cedida y será pagada al Acreedor Hipotecario

this Mortgage with any excess paid to the entity
para ser acreditada a las sumas garantizadas por esta

entitled thereto.--------------------------------
Hipoteca y cualquier sobrente será pagado a quien

---------------------------------------------
tenga derecho al mismo.--------------------------------

-----B. Borrower promises to pay Borrower's
------B. El Deudor Hipotecario se obliga a pagar su

allocated   share   of   the   common expenses or
cuota proporcional en los gastos comunes y derramas y

assessments and charges imponed by the Owner's
cargos impuestos por la Junta, según dispuesto en los

Association, as provided in the comdominium documents.
documentos del condominio.--------------------------------

------C. If Borrower does not pay condominium dues
------C. Si el Deudor Hipotecario no paga sus cuotas

and assessments when due, the Lender may pay them.
de mantenimiento y derramas a su vencimiento, el

Any amounts disbursed by Lender under this
Acreedor Hipotecario podrá pagarlas. Cualquier suma

Paragraph Twenty-Two "C" (22C), shall become an
desembolsada por el Acreedor Hipotecario bajo este

additional debt of Borrower secured by this
Párrafo Veintidós "C" (22C), se convertirá en deuda adicional

Mortgage. Unless Borrower and Lender agree to
del Deudor Hipotecario garantizada por esta Hipoteca.

other terms of payment, this amount shall bear
A menos que el Deudor Hipotecario y el Acreedor Hipotecario

interest from the date of disbursement at the Note
acuerden otros términos de pago, esta cantidad devengará intereses

rate and shall be payable with interest upon
desde la fecha de desembolso al tipo establecido en el pagaré y

notice from Lender to Borrower requesting payment.
será pagadera con intereses tan pronto el Acreedor Hipotecario

---------------------------------------------
notifique al Deudor Hipotecario su requerimiento de pago. --

---SIXTH: **Minimum Biding Amount.** Pursuant to the
---SEXTO: <u>Tipo de Mínimo de Subasta.</u> De conformidad

provisions of this Mortgage and the Mortgage and
con las disposiciones de esta Hipoteca y la Ley

Property Registry Act of Puerto Rico, Borrower and
Hipotecaria y del Registro de la Propiedad de Puerto

Lender value the Property at an amount equal to
Rico, el Deudor Hipotecario y el Acreedor Hipotecario

the original principal amount of the Note secured
valoran la Propiedad en una cantidad igual a la suma

by this Mortgage, which value shall serve as
original del principal del Pagaré garantizado por esta

lowest bid at the first auction in the event of
Hipoteca, cuyo valor servirá como tipo mínimo en la

---------------------------------------------



foreclosure.------------------------------------
primera subasta en el caso de ejecución.--------------

---**SEVENTH**: <u>Recording in the Registry of Property.</u>
---**SEPTIMO**: <u>Inscripción en el Registro de la Propiedad.</u>

Borrower expressly agrees with lender that in the
El Deudor  Hipotecario  acuerda expresamente que en la

event it not possible to record this Mortgage as a
eventualidad de  no  lograr la inscripción de esta Hipoteca

first  mortgage  lien,  for any reason whatsoever,
como primer gravámen hipotecario, por cualquier causa,

in  the  corresponding  Section  of  the  Registry of
en la  correspondiente  Sección  del  Registro  de  la

Property as a senior lien over any and every other
Propiedad con preferencia a cualquier  otro gravamen y

lien and   without defects of any kind,  within a
sin  defectos de clase alguna,  dentro  de un  término

period  not  to  exceed  sixty  (60) days from the
que no exceda  sesenta  (60)  días contados desde este

execution of this Mortgage, the debt shall become
otorgamiento, la  deuda  se  considerará vencida en su

totally  due  and  Lender  may  proceed  with  its
totalidad y el Acreedor Hipotecario podrá proceder con

judicial collection.-----------------------------
con su cobro por la vía judicial.--------------------

---**EIGHTH**: <u>Mortgage and Note;  Interpretation.</u> The
---**OCTAVO**: <u>Hipoteca y Pagaré; Interpretación.</u> Esta ---

Mortgage and the Note have been originally drafted
Hipoteca y el Pagaré han sido redactados originalmente

in English and the interpretation of their text in
en idioma  inglés y la interpretación de sus textos en

this  language  shall  prevail  over  its  Spanish
este  idioma  prevalecerá  sobre  su  traducción  al

translation.-------------------------------------
español.-----------------------------------------

---**NINTH**: <u>Borrower</u>:------------------------------
---**NOVENO**: <u>Deudor Hipotecario</u>: ---------------------

---**LUIS JUAN MONTES QUEVEDO AND SOCORRO RODRIGUEZ** ----
---**LUIS JUAN MONTES QUEVEDO Y SOCORRO RODRIGUEZ** ------

**MESTEY ALSO KNOWN AS SOCORRO RODRIGUEZ**, of legal age,-
**MESTEY TAMBIEN CONOCIDA COMO SOCORRO RODRIGUEZ**, mayor

married to each other, property owner and resident of
mayores de edad, casados entre sí, propietarios y ---

Carolina, Puerto Rico, whom I attest personally known
vecinos de Carolina, Puerto Rico, a quienes Doy Fe de --

to me.-------------------------------------------
conocer personalmente.---------------------------

-------------------------------------------------
-------------------------------------------------

```
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------
```

---TENTH: <u>Lender:</u> The Lender is-------------------
---DÉCIMO: <u>Acreedor Hipotecario:</u> El Acreedor Hipotecario es

------------FIRST SECURITY MORTGAGE INC.,---------
------------FIRST SECURITY MORTGAGE INC.,---------

whose address is #97 De Diego Ave., San Francisco
cuya dirección es Ave. De Diego #97 Urb. San Francisco

Development, San Juan, Puerto Rico 00927.---------
San Juan, Puerto Rico 00927.------------------------

---ELEVENTH: <u>Homestead Rights; Waiver.</u> To further
---UNDECIMO: <u>Hogar Seguro; Renuncia.</u> Para mayor -

secure payment of the Note, Borrower, in
garantía de pago del Pagaré, el Deudor Hipotecario, de

accordance with laws of the Commonwealth of Puerto
conformidad con las leyes del Estado Libre Asociado de

Rico, expressly waives in favor of the Lender, his
Puerto Rico, renuncia expresamente a favor de Acreedor

homestead and property rights with all of its uses
Hipotecario, su derecho a hogar seguro sobre la Propiedad

and rights which presently possess or may in the
con todos los usos y derecho que posee o que posea en

future possess, expressly waiving in favor of
en el futuro, renunciando expresamente a favor de

Lender all of his titles, rights and interest of
Acreedor Hipotecario todos sus títulos, derechos e

any kind over the Property and in the buildings
interés de cualquier clase sobre la propiedad o y en

constructed thereon which he presently possesses.
los edificios que sobre esta construidos y que el

-----------------------------------------------
Deudor Hipotecario posee o que en el futuro posea.-----

------------------WARNINGS--------------------
------------------ADVERTENCIAS--------------------

---The Notary certifies that he or she advised the
---El(La) Notario certifica que ha advertido al

Lender and the Borrower that, if the Property is
Acreedor Hipotecario y al Deudor Hipotecario que de

subject to one or more liens that enjoy prior rank
estar la propiedad afecta a uno o más gravámenes de

over this Security Instrument, the Lender will
rango superior a esta Hipoteca, el Prestador retendrá




retain from the proceeds of the Loan a sum
del producto del Préstamo la suma suficiente para ----

sufficient to pay and cancel said liens. The
cancelarlos. El Acreedor Hipotecario, mediante el

Lender, by the disbursal of funds evidenced by the
desembolso de los fondos evidenciados por el Pagaré,

Note, has agreed to remit payment thereof to the
Ha acordado remitir pago de los mismos a los tenedores

holders of such liens within five (5) working days
de dichos gravámenes dentro de cinco (5) días -

following the execution of this Security Instrument,
laborables luego del otorgamiento de esta Hipoteca,

in order to secure the cancellation of such liens;
con el fin de asegurarse de la cancelación de los mismos;

although there is no absolute guaranty that said
no obstante, no hay garantía absoluta que se lleve a

cancellation will be performed. The Borrower has
cabo dicha cancelación. El Deudor Hipotecario tiene

the right to require that such liens be cancelled
derecho a requerir que se cancelen dichos gravámenes

concurrently with the execution of this Mortgage,
concurrentemente con la constitución de esta Hipoteca,

but is advised that, as in most cases, promissory
pero se le advierte que, como en la mayoría de los

notes secured by mortgages may not be available
casos, los pagarés garantizados por hipotecas pueden

for cancellation at this time. These warnings
no esta disponibles para cancelación en este momento.

having been made, the Borrower hereby waives the
Habiéndose hecho estas advertencias, el Deudor

right to require that said liens be cancelled
Hipotecario por la presente renuncia a su derecho de

concurrently with the execution of this Mortgage.
requerir que dichos gravámenes se cancelen concurrentemente

----------------------------------------------------
con la constitución de esta Hipoteca.----------------

---If the Borrower has the right under Applicable
---Si la Ley Aplicable concede al Deudor Hipotecario

Law to rescind this transaction, then the Lender
el derecho a rescindir esta transacción, entonces el

will not disburse any of the proceeds of the Loan
Acreedor Hipotecario no desembolsará ningún producto

until the rescission period has expired, or until
del Préstamo hasta que haya expirado el período de

the Borrower waives said rescission right as
rescisión, o hasta que el Deudor Hipotecario renuncie

provided by Aplicable Law.------------------------
a dicho derecho de rescisión en la forma que manda la

```
------------------------------------------
Ley Aplicable.----------------------------

-------------------ACCEPTANCE--------------------
-------------------ACEPTACION--------------------
```

---The  appearing  parties accept this deed in its
---Los  comparecientes  aceptan  esta  escritura en su

entirety and I, the Notary, made to the appearing
totalidad, y yo, el(la) Notario, hice a los comparecientes

parties  the  necessary  legal warnings concerning
las advertencias  legales pertinentes relativas a este

the execution of the same. I, the Notary, advised
otorgamiento. Yo el(la) Notario, advertí a las partes

the  appearing  parties as to their right to have
comparecientes de su derecho a tener testigos presentes

witnesses  present  at this execution, which they
en este  otorgamiento, la  cual derecho renunciaron.

waived.  The  appearing parties, having read this
Habiendo los comparecientes leído esta escritura en su

deed in this entirety,  fully ratify and confirm
totalidad,  la  ratifican  totalmente y confirmar  que

the statements contained  herein as the true and
las declaraciones contenidas en la misma reflejan fiel

exact embodiment of their stipulations, terms and
y exactamente sus estipulaciones, terminos  y  condiciones.

conditions. Whereupon the appearing parties sign
En  virtud de los cual, los comparecientes firman esta

this  deed, before me, the Notary, and sign their
escritura ante mí, el(la) Notario, y fijan sus ------

initials on each and every page of this deed.-----
iniciales en cada uno de los folios de esta escritura.

---I, the Notary, do hereby certify and give faith
---Yo, el(la) Notario, por la presente certifico y Doy

```
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
------------------------------------------
```

as to everything stated and contained in this
Fe de todo lo declarado y contenido en este

instrument.----------------------------------------
instrumento.----------------------------------------

---It is also clarified that a ONE TO FOUR FAMILY
UNITS RIDER, incorporated into and shall be deemed
to amend and supplement this Mortgage. I the
Notary, HEREBY ATTEST AGAIN.----------------------

---*También se aclara que un Anexo de CLAUSULA
ADICIONAL SOBRE UNIDADES DE UNA A CUATRO FAMILIAS
es incorporado como parte de y se considerará que
enmienda y suplementa la presente escritura. Yo,
el Notario, REPITO LA FE.*----------------------





