UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

| | |
|---|---|
| Attorney Name (Last, First, MI): | Cirilo Ortiz, Oscar |
| USDC-PR Bar Number: | 230813 |
| Email Address: | oscar.cirilo@millenniumpartners.net |

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

    Plaintiff:     Reverse Mortgage Solutions, Inc.

    Deffendant:  LUIS JUAN MONTES QUEVEDO; SOCORRO RODRIGUEZ MESTEY A/K/A SOCORRO RODRIGUEZ; CONJUGAL PARTNERSHIP MONTES-RODRIGUEZ; UNITED STATES OF AMERICA

2. Indicate the category to which this case belongs:

    [X] Ordinary Civil Case

    [ ] Social Security

    [ ] Banking

    [ ] Injunction

3. Indicate the title and number of related cases (if any).


4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    [ ] Yes

    [ ] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    [ ] Yes

    [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    [ ] Yes

    [X] No

Date Submitted:  March 2, 2016